# Court of Appeals
# of the State of Georgia

ATLANTA, May 29, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1829. MAURICE DEWAYNE CONNER v. THE STATE.

Maurice Dewayne Conner appealed the trial court's order denying his motion for new trial. Because the record did not contain a timely motion for new trial, we dismissed the appeal. See *Davis v. State*, 330 Ga. App. 711, 711-12 (769 SE2d 133) (2015) (a timely motion for new trial is a jurisdictional prerequisite to appeal the denial of such motion). Conner has filed a motion for reconsideration, arguing that he filed a timely motion for new trial, but it was omitted from the record. According to Conner, the trial court is prepared to supplement the record with the document.

Conner's motion for reconsideration is hereby GRANTED, and our prior dismissal order is VACATED. The appeal is REINSTATED and REMANDED to the trial court for completion of the record. Upon completion, the clerk is directed to transmit the complete record to this Court for re-docketing of the appeal. Conner need not file a second notice of appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/29/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*